**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELLEN ELIZABETH TARR, on behalf of herself
and all others similarly situated,

                Plaintiffs,

        -against-

Korres Natural Products USA, Inc.,

                Defendant.

Case No: 1:24-cv-03435-DEH-BCM

**<u>STIPULATION OF DISMISSAL</u>**
**<u>WITH PREJUDICE</u>**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, Korres Natural Products USA, Inc., shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Jericho, New York
          August 7, 2024

New York, New York
August 7, 2024

**MARS KHAIMOV LAW, PLLC**

By: _____

Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**KUDMAN TRACHTEN ALOE POSNER LLP**

By: _____

David Nicholas Saponara, Esq.
488 Madison Avenue, Ste 23rd Floor
New York, NY 10022
dsaponara@kudmanlaw.com
*Attorneys for Defendant*